**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 11-1230**

───────────────

MICHAEL E. KENNEDY,

             Plaintiff – Appellant,

      v.

CHESAPEAKE UTILITIES CORPORATION,

             Defendant – Appellee.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson Everett Legg, District Judge. (1:10-cv-02256-BEL)

───────────────

Submitted:  June 3, 2011               Decided:  July 21, 2011

───────────────

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Michael E. Kennedy, Appellant Pro Se.  Brian M. Quinn, DLA PIPER US LLP, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Kennedy appeals the district court's order granting Chesapeake Utilities Corporation's motion to dismiss Kennedy's action alleging violations of the federal Fair Debt Collections Practices Act, 15 U.S.C. §§ 1692-1692p (2006), the Maryland Fair Debt Collection Practices Act, Md. Code Ann., Bus. Reg. § § 7-101 et seq.; Md. Code Ann., Com. Law §§ 14-201 et seq. (LexisNexis 2005 & Supp. 2010), and Maryland common law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kennedy v. Chesapeake Utilities Corp. No. 1:10-cv-02256-BEL (D. Md. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2